UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY PORTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-CV-00139-AGF |
| | ) | |
| CAPE GIRARDEAU COUNTY SHERIFF'S OFFICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that appointed counsel's motion (ECF No. 54) for extension of time to file an amended complaint is **GRANTED as follows:** appointed counsel shall file an amended complaint on behalf of Plaintiff no later than **September 16, 2019**. If an amended complaint is not timely filed, the Court may reconsider the motion to dismiss filed by Defendants Cape Girardeau County, Captain James P. Mulcahy, Sheriff John Jordan, and Captain Ruth A. Dickerson (ECF No. 32).

**IT IS FURTHER ORDERED** that, if they have not done so already, appointed counsel and defense counsel shall promptly meet and confer and file any appropriate motion to amend the Case Management Order, as necessary.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 1st day of August, 2019.